# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
APR 10 2019
FILED
Stephen C. Dries, Clerk

(Full name of plaintiff(s))

Christopher Castaneda

v.

(Full name of defendant(s))

Marinette County Sheriffs Department - Jerry Sauve
Marinette County Jail Administration - Tom Borque
Sgt. Amber Lynnwood

Case Number: 19-C-515
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
   (State)
   2161 University Dr. Marinette, Wisconsin
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Marinette County Sheriffs Department
   Marinette County Sherriffs Jail Administration
   Sgt. Amber Lynnwood
   (Name)
   is (if a person or private corporation) a citizen of Wisconsin

Complaint – 1

→ Sgt. Amber Lynnwood

and (if a person) resides at 2161 University Dr. Marinette, Wis.
(State, if known), (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Marinette County Sheriffs Department
(Employer's name and address, if known)
Marinette, Wisconsin

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On about March 15, 2019 I Christopher Castaneda was using the restroom, when Sgt Amber Lynnwood a Marinette County Jail Correctional officer of Marinette, Wisconsin called lunch. I proceeded to walk down the steps, where other inmates finished getting their lunch. That is when Sgt. Amber Lynnwood shut (slammed) trap door closed so I Christopher Castaneda knocked on door, and told Sgt. Amber Lynnwood that I did not recieve my tray. Sgt Amber Lynnwood began shouting "I don't

Complaint – 2

care." I Christopher Castaneda stood there waiting, and she never gave me a tray. Sgt. Amber Lynnwood refused my food tray, at lunch and count. So I had to appear because count would have been off (1).

So I Christopher Castaneda filed a grievance form about the problem, and Sgt Amber Lynnwood recieved grievance, and was proceeding very rude and retaliation was used toward me by Sgt Amber Lynnwood; talked about everything but situation. Then I christopher Castaneda wrote Jail adminaster and never recieved an answer from the issue. I Christopher Castaneda Am being harrassed by the issue for filering on Sgt Amber Lynnwood

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I Christopher Castaneda would want all defendants to be called upon and under federal law about inmate cant be refused a breakfast, lunch, dinner tray by: an state correctional worker. I feel my right has been violated by order of command would like for settlement of 275,000 for harrassment and cruelty, punishment, refuseing food. The Cameras will show the refused giving me my food by Sgt Amber Lynnwood employed by Marinette County Jail, of Marinette Wisconsin

Complaint – 4

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 6th day of April 20 19.

Respectfully Submitted,

*Christopher Castaneda*
Signature of Plaintiff

16786
Plaintiff's Prisoner ID Number

2161 University Dr.
Marinette, Wisconsin 54143
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:19-cv-00515-NJ   Filed 04/10/19   Page 5 of 5   Document 1