CHRISTOPHER CASTANEDA,

                Plaintiff,

v.                                                    Case No. 19-cv-515-pp

MARINETTE COUNTY SHERIFF'S
DEPARTMENT, *et al.*,

                Defendants.

## ORDER DISMISSING CASE FOR THE PLAINTIFF'S FAILURE TO DILIGENTLY PROSECUTE IT

Plaintiff Christopher Castaneda is representing himself in this 42 U.S.C. §1983 lawsuit. The plaintiff filed his complaint on April 20, 2019, dkt. no. 1, along with a motion to proceed without prepaying the filing fee, dkt. no. 2. Magistrate Judge Nancy Joseph (the judge to whom the case was assigned at the time) ordered the plaintiff to pay an initial partial filing fee, dkt. no. 6, and the court received that fee on May 10, 2019. On June 18, 2019, Judge Joseph granted the plaintiff's motion to proceed without prepaying the filing fee and screened his complaint. Dkt. No. 8. She found that that the complaint failed to state a claim. Id.

Judge Joseph gave the plaintiff a deadline of July 2, 2019 by which to file an amended complaint correcting the problems she identified in the original complaint. Id. at 5. She warned him that the court would dismiss his lawsuit if he did not file an amended complaint by that deadline. Id. at 6. The July 2 deadline has come and gone, and the court has not received an amended

1

complaint. In fact, the court has not received any communication from the plaintiff since May, when it received his initial partial filing fee. It will dismiss his case without prejudice for failure to diligently prosecute. Civil L.R. 41(c) (E.D. Wis.).

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for the plaintiff's failure to prosecute under Civil L.R. 41(c).

Dated in Milwaukee, Wisconsin, this 20th day of August, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**
